AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

ERICA REYES BORJA

**WARRANT FOR ARREST**

Case Number: CR-05-00049-001

FILED
DISTRICT COURT OF GUAM
JUN 16 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ERICA REYES BORJA _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

21:841(a)(1), (b)(1)(A)(viii) & 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)

21:841(a)(1) & (b)(1)(A)(viii) - POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE (COUNT 2)

in violation of Title _____ United States Code, Section(s) _____

MARILYN B. ALCON
Name of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

6/15/2005         Hagatna, Guam
Date              Location

ORIGINAL

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Dept of Corrections, Guam |

| DATE RECEIVED 06/15/05 | NAME AND TITLE OF ARRESTING OFFICER Walter Gray, S/DUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 06/16/05 | | |