U.S. MARSHALS-GUAM
RECEIVED

# UNITED STATES DISTRICT COURT

15 JUN 2005 14 00 01

District of _____
GUAM

UNITED STATES OF AMERICA

V.

RICKY ANTHONY NELSON

**WARRANT FOR ARREST**

Case Number:  CR-05-00049-002

**FILED**

DISTRICT COURT OF GUAM

JUN 16 2005

MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ RICKY ANTHONY NELSON _____  ③

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

21:841(a)(1), (b)(1)(A)(viii) & 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)

in violation of Title _____ United States Code, Section(s) _____

| MARILYN B. ALCON | *Marilyn B. Alcon* |
| --- | --- |
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 6/15/2005        Hagatna, Guam |
| Title of Issuing Officer | Date              Location |

ORIGINAL

---

| **RETURN** |
| --- |
| This warrant was received and executed with the arrest of the above-named defendant at |

Dept. of Corrections, Guam

| DATE RECEIVED 06/15/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 06/16/05 | Walter Gray, S/PASN | |