


DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00049 |
| Plaintiff, | |
| vs. | ORDER |
| **ERIC REYES BORJA and RICKY ANTHONY NELSON,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the **PUBLIC DEFENDER SERVICE CORPORATION** is appointed to represent defendant **ERICA REYES BORJA** and **RANDALL CUNLIFFE** is appointed to represent defendant **RICKY ANTHONY NELSON** in the above-entitled case.

Dated this 17th day of June, 2005.

JOAQUIN V.E. MANIBUSAN, Magistrate Judge
U.S. DISTRICT COURT OF GUAM