LAW OFFICES
CUNLIFFE & COOK
210 Archbishop F.C. Flores Street
Hagåtña, GU 96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422

Attorneys for: Defendant

**FILED**
DISTRICT COURT OF GUAM

JUL 2 0 2005

MARY L.M. MORAN
CLERK OF COURT

(14)

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. CR05-00049 |
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF MOTION AND MOTION TO SUPPRESS** |
| ERICA REYES BORJA and RICKY ANTHONY NELSON, | ) | |
| Defendants | ) | |

**PLEASE TAKE NOTICE THAT** on **August 3, 2005** at **10:00 a.m.**, Defendant RICKY A. NELSON ("Defendant NELSON"), through counsel, the law firm of **CUNLIFFE & COOK**, *A Professional Corporation*, by F. Randall Cunliffe, Esq., will move to request to suppress the statement purportedly made by Defendant NELSON.

This Motion is based on this Notice, the accompanying Memorandum of Law attached hereto, the pleadings on file herein, and such other evidence, whether oral or documentary, as will be presented at the hearing on this matter.

Dated this _20_ day of July, 2005.

> **CUNLIFFE & COOK**
> A Professional Corporation
> Attorneys for Defendant
> *Ricky A. Nelson*
>
> By _____
> F. RANDALL CUNLIFFE, ESQ.

## MEMORANDUM OF LAW

According to Customs and Quarantine Officer Erwin T. Fejeran ("Officer Fejeran"), approximately 5:37 p.m. on May 14, 2005, Defendant NELSON was identified as a potential suspect at the primary counter of the Customs Facility detained. At approximately 8:30 p.m., Officer Fejeran began to question Defendant NELSON. At approximately 9:37 p.m., Officer Fejeran advised Defendant NELSON of his Miranda rights which Defendant NELSON invoked and Officer Fejeran terminated his interview. Subsequently, Officer Fejeran indicated he confronted Defendant NELSON about the drugs that had been found on Co-Defendant Erica Reyes Borja, and according to Officer Fejeran "We found drugs on your girlfriend. We know you are involved. Are you willing to cooperate with us?" To that, Officer Fejeran claims Defendant NELSON said "No. Whatever time I'm gonna to get, I'll do the time." Defendant NELSON moves to suppress that alleged statement.

Pursuant to Miranda v. Arizona, 384 U.S. 436 (1966), an in-custody suspect must be advised of his Fifth Amendment privilege to refrain from self-incrimination and his Sixth Amendment right to counsel.

As is set forth herein, Defendant NELSON specifically requested an attorney and the agents ceased their questioning. The Supreme Court in Edwards v. Arizona, 451 U.S. 477 (1981) found that when an accused has asserted his right to counsel, there can be no Miranda waiver with the exception of a situation in which the accused initiates the conversation with the police himself. The Edwards decision was reaffirmed in Arizona v. Roberson, 486 U.S. 675 (1988). In Roberson, the defendant was interrogated after requesting an attorney by a policeman who was unaware that he had previously invoked his Sixth Amendment Rights. This was held to be a violation. In the case at hand, it was the same officer to whom Defendant had asserted his rights to have an attorney present who returned and began further

inquiry. This is in violation of Miranda and its progeny and the statement must be suppressed.

## CONCLUSION

Based on his assertion of Defendant's right to counsel, the subsequent approach by officers was in violation of Defendant's Miranda rights, and the court should suppress the purported oral statement "No. Whatever time I'm gonna get, I'll do the time."

Respectfully submitted this _26_ day of July, 2005.

CUNLIFFE & COOK<br>
A Professional Corporation<br>
Attorneys for Defendant<br>
*Ricky Anthony Nelson*

By _____
F. RANDALL CUNLIFFE, ESQ.

# CERTIFICATE OF SERVICE

I, **F. RANDALL CUNLIFFE**, do hereby certify that on the 20th day of July, 2005, I caused to have a copy of the Notice of Motion and Motion to Suppress to be served upon the United States Attorney's Office by delivering and leaving a copy of same at the office as follows:

>Marivic David, Assistant U.S. Attorney
>**OFFICE OF THE U.S. ATTORNEY**
>Criminal Division
>Suite 500, Sirena Plaza
>108 Hernan Cortez Street
>Hagåtña, Guam 96910

Dated this 20th day of July, 2005.

>**CUNLIFFE & COOK**
>A Professional Corporation
>Attorneys for Defendant
>*Ricky Anthony Nelson*
>
>By_____
>F. RANDALL CUNLIFFE, ESQ.

FRC:rsb/amm MY DOCS: FORMS:Criminal Mtns
N0068 Mtn to Suppress