ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JUL 29 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ERICA REYES BORJA and ) <br> RICKY ANTHONY NELSON, ) <br> ) <br> Defendants. ) | CRIMINAL CASE NO. 05-00049 <br><br> **GOVERNMENT'S RESPONSE TO DEFENDANT BORJA'S MOTION FOR BRADY DISCOVERY** |

The government is aware of its continuing obligation of discovery under Rule 16 of the Federal Rules of Criminal Procedure, and its obligation under Brady v. Maryland, 373 U.S. 83 (1963).

The government has received a copy of the lab report regarding drug analysis and has to date provided copies to defense counsel, as reflected in the attached cover letters to counsel, exhibits A and B.

RESPECTFULLY submitted this 29th day of July 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney



U.S. Department of Justice

United States Attorney
District of Guam

Sirena Plaza, Suite 500
108 Hernan Cortez
Agana, Guam 96910

(671) 472-7332
FAX (671) 472-7215

July 27, 2005

**Via Hand Delivery**

Kathleen E. Maher
Public Defender
Public Defender Service Corporation
200 Judicial Annex Center
110 West O'Brien Drive
Hagatna, GU 96910

      RE:    U.S. v. Erica R. Borja etal
                CR# 05-00049

Dear Kathy:

    Enclosed for the above referenced case is a copy of the DEA lab report which this office received today from the U.S. Immigration and Customs Enforcement. The DEA forensic chemist who analyzed the exhibit is Nathan Salazar.



Sincerely,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
Marivic P. David
Assistant U.S. Attorney

Enc.



GOVERNMENT
EXHIBIT
A



FILE COPY

U.S. Department of Justice

United States Attorney
District of Guam

Sirena Plaza, Suite 500
108 Hernan Cortez
Agana, Guam 96910

(671) 472-7332
FAX (671) 472-7215

July 27, 2005

**Via Hand Delivery**

F. Randall Cunliffe
Law Offices of Cunliffe and Cook
210 Archbishop Flores Street
Hagatna, GU 96910

        RE:    U.S. v. Ricky A. Nelson etal
                 CR# 05-00049

Dear Randy:

      Enclosed for the above referenced case is a copy of the DEA lab report which this office received today from the U.S. Immigration and Customs Enforcement. The DEA forensic chemist who analyzed the exhibit is Nathan Salazar.

                                       Sincerely,

                                       LEONARDO M. RAPADAS
                                       United States Attorney
                                       Districts of Guam and NMI

By:   _____
        Marivic P. David
        Assistant U.S. Attorney

Enc.

GOVERNMENT EXHIBIT
B