IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**



**FILED**
DISTRICT COURT OF GUAM
AUG - 3 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00049**         **DATE: 08/03/2005**

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge     Law Clerk: Judith Hattori
Court Reporter: Wanda M. Miles     Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 10:01:30 - 10:02:14     CSO: J. McDonald

**TIME: 10:01 A.M.**

* * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: RICKY ANTHONY NELSON**       **ATTY: F. RANDALL CUNLIFFE**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.     ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID       AGENT:

U.S. PROBATION: JUDY OCAMPO       U.S. MARSHAL: S. LUJAN

INTERPRETER: _____    ( ) SWORN    LANGUAGE: _____
                                                   ( ) PREVIOUSLY SWORN

**PROCEEDINGS:**           **MOTION TO SUPPRESS**

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT
( ) MOTION(s) \_\_\_ Granted \_\_\_ Denied \_\_\_ Settled \_\_\_ Withdrawn \_\_ Under Submission
( ) ORDER SUBMITTED \_\_\_\_ Approved \_\_\_\_ Disapproved
( ) ORDER to be Prepared By: _____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

<u>Defense counsel moved to withdraw his motion because parties have come to a resolution. -GRANTED</u>