ORIGINAL

FILED
DISTRICT COURT OF GUAM

MAR 1 3 2006

MARY L.M. MORAN
CLERK OF COURT

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00049 |
|---|---|
| Plaintiff, | ) |
| vs. | ) UNITED STATES' MOTION |
| | ) TO DISMISS INDICTMENT |
| ERIC REYES BORJA, and | ) |
| RICKY ANTHONY NELSON, | ) |
| Defendants. | ) |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Indictment in the above cause, as to defendant RICKY ANTHONY NELSON, be dismissed, for the reason that the defendant entered a plea of guilty to an Information on August 3, 2005, under Criminal Case No. 05-00060, which said Information incorporated similar criminal acts.

RESPECTFULLY submitted this 13th day of March, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney