LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> ERIC REYES BORJA, and ) <br> RICKY ANTHONY NELSON, ) <br> ) <br> Defendants. ) | CRIMINAL CASE NO. 05-00049 <br><br> ORDER <br> Re: March 13, 2006 <br> United States' Motion to Dismiss <br> Indictment |

The United State's Motion to Dismiss Indictment in the above cause, as to defendant

RICKY ANTHONY NELSON, filed March 13, 2006, is hereby granted.

SO ORDERED this 14th day of March, 2006.

JAMES L. ROBART*
Designated Judge
District Court of Guam

ORIGINAL

---

*The Honorable James L. Robart, United States District Judge for the Western District of Washington, by designation.